1

2

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

3

DYLAN C. CERLING
Trial Attorney, Tax Division

4

U.S. Department of Justice
P.O. Box 683

5

Washington, D.C.  20044
202-616-3395 (v)

6

202-307-0054 (f)
Dylan.C.Cerling@usdoj.gov

7

Attorneys for the United States

8

9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

10

UNITED STATES OF AMERICA,

11

Plaintiff,

12

v.

13

LAITH ELAIMY

14

Defendant.

Case No. 20-119

**COMPLAINT**

15

16

The United States of America complains and alleges as follows:

17

18

19

20

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1  1.  This is a civil action brought by the United States of America to

2  reduce to judgment the outstanding federal tax liabilities and civil

3  penalties assessed against Laith Elaimy.

4  ## JURISDICTION AND VENUE

5  2.  This action is brought at the direction of the Attorney General of

6  the United States and at the request and with the authorization of the

7  Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the

8  Secretary of the Treasury, pursuant to 26 U.S.C. § 7401.

9  3.  The Court has jurisdiction over this action pursuant to 26 U.S.C. §

10  7402 and 28 U.S.C. §§ 1340 and 1345.

11  4.  Venue is proper in the Eastern District of Washington under 28

12  U.S.C. §§ 1391(b)(1) & (2) because the behavior giving rise to the tax

13  liabilities occurred in this judicial district. Moreover, upon information

14  and belief, Laith Elaimy lives in the Eastern District of Washington.

15

16

17

18

19

20

Complaint
(Case No. 20-119)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

**DEFENDANTS**

5. The United States realleges paragraphs 1 through 4 and reincorporates them herein.

6. Laith Elaimy currently lives in the Eastern District of Washington. He is made a party to this suit because he has unpaid federal tax liabilities.

**TAX LIABILITIES AT ISSUE**

7. The United States reasserts the allegations made in paragraphs 1 through 6, above, as full set forth herein.

8. On the dates set forth below, a duly authorized delegate of the Secretary of the Treasury made assessments against Laith Elaimy (via the sole proprietorship Smokin'), individually, as follows:

//

//

//

//

//

Complaint
(Case No. 20-119)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| Type of Tax | Tax Periods | Assessment Date | Assessment Amount[1] | | Estimated Unpaid Balance as of March 31, 2020[2] |
|---|---|---|---|---|---|
| 941 | Q4 2009 | 03-29-2010 | T | $2,659.71 | $4,511.02 |
| | | 03-29-2010 | P5 | $265.97 | |
| | | 03-29-2010 | P2 | $26.60 | |
| | | 03-29-2010 | I | $16.67 | |
| | | 05-03-2010 | P5 | $132.99 | |
| | | 08-30-2010 | P2 | $106.38 | |
| | | 09-05-2016 | I | $649.26 | |
| | | 09-05-2016 | P2 | $456.95 | |
| | | 09-04-2017 | I | $155.10 | |
| 941 | Q1 2010 | 06-14-2010 | T | $2,382.55 | $4,452.78 |
| | | 04-05-2010 | P4 | $25.00 | |
| | | 06-14-2010 | P2 | $23.83 | |
| | | 06-14-2010 | I | $11.90 | |
| | | 11-22-2010 | F | $170.00 | |
| | | 09-05-2016 | I | $580.21 | |
| | | 09-05-2016 | P2 | $571.81 | |
| | | 09-04-2017 | I | $153.09 | |
| 941 | Q2 2010 | 10-04-2010 | T | $2,347.26 | $4,117.14 |
| | | 07-12-2010 | P4 | $250.00 | |
| | | 10-04-2010 | P2 | $35.21 | |
| | | 10-04-2010 | I | $16.96 | |
| | | 09-05-2016 | I | $505.45 | |
| | | 09-05-2016 | P2 | $551.61 | |
| | | 09-04-2017 | I | $141.55 | |
| 941 | Q3 2010 | 01-03-2011 | T | $2,253.98 | $4,125.16 |
| | | 01-03-2011 | P2 | $33,81 | |

[1] T—tax assessed; F—fees and collection costs; P1—late return filing penalty, 26 U.S.C. §6651(a)(1); P2—failure to timely pay tax penalty, 26 U.S.C. §6651(a)(2) & (a)(3); P3—Late filing of W-2s, § 6721(e)(2)(A); P4 – Dishonored check penalty; P5 – Federal Tax Deposit Penalty; I—interest assessed, or reduced and removed previous interest credited; F—Fees and collection costs.
[2] Includes accrued balance, including both assessed and unassessed amounts and taking into account credits and payments.

Complaint
(Case No. 20-119)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | 01-03-2011 | I | $15.68 | |
| | | 03-14-2011 | F | $170.00 | |
| | | 09-05-2016 | I | $485.11 | |
| | | 09-05-2016 | P2 | $529.69 | |
| | | 09-04-2017 | I | $141.83 | |
| 941 | Q4 2010 | 10-10-2011 | T | $4,783.26 | $8,977.24 |
| | | 10-10-2011 | P1 | $1,014.10 | |
| | | 10-10-2011 | P2 | $88.18 | |
| | | 10-10-2011 | I | $141.32 | |
| | | 09-05-2016 | I | $924.40 | |
| | | 09-05-2016 | P2 | $1,014.10 | |
| | | 09-04-2017 | I | $308.65 | |
| 941 | Q3 2011 | 01-02-2012 | T | $2,281.02 | $2,509.96 |
| | | 01-02-2012 | P2 | $26.38 | |
| | | 01-02-2012 | I | $8.74 | |
| | | 09-05-2016 | I | $238.31 | |
| | | 09-05-2016 | P2 | $351.84 | |
| | | 09-04-2017 | I | $86.29 | |
| 941 | Q4 2011 | 04-09-2012 | T | $2,126.64 | $1,444.78 |
| | | 04-09-2012 | P2 | $10.91 | |
| | | 04-09-2012 | I | $4.12 | |
| | | 10-12-2015 | F | $194.00 | |
| | | 09-05-2016 | I | $114.73 | |
| | | 09-05-2016 | P2 | $170.86 | |
| | | 09-04-2017 | I | $49.67 | |
| 941 | Q2 2012 | 04-29-2013 | T | $2,512.99 | $3,594.55 |
| | | 07-09-2012 | P4 | $25.00 | |
| | | 04-29-2013 | P1 | $411.56 | |
| | | 04-29-2013 | P2 | $82.31 | |
| | | 04-29-2013 | I | $51.14 | |
| | | 09-05-2016 | I | $265.46 | |
| | | 09-05-2016 | P2 | $374.97 | |
| | | 09-04-2017 | I | $123.57 | |
| 941 | Q3 2013 | 12-30-2013 | T | $2,719.44 | $2,867.47 |
| | | 09-09-2013 | P4 | $25.00 | |
| | | 11-11-2013 | P4 | $25.00 | |
| | | 12-30-2013 | P2 | $17.62 | |
| | | 12-30-2013 | I | $8.94 | |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

|  |  | 09-05-2015 | I | $162.74 |  |
|  |  | 09-05-2016 | P2 | $423.00 |  |
|  |  | 09-04-2017 | I | $98.58 |  |
| 940 | 2009 | 03-29-2010 | T | $470.68 | $252.42 |
|  |  | 03-29-2010 | P2 | $0.49 |  |
|  |  | 03-29-2010 | I | $0.31 |  |
|  |  | 08-30-2010 | P2 | $1.98 |  |
|  |  | 09-05-2016 | I | $12.15 |  |
|  |  | 09-05-2016 | P2 | $9.86 |  |
|  |  | 09-04-2017 | I | $3.01 |  |
|  |  | 02-24-2020 | F | $164.00 |  |
| 940 | 2010 | 04-25-2011 | T | $276.80 | $744.74 |
|  |  | 06-14-2010 | P4 | $25.00 |  |
|  |  | 03-07-2011 | P4 | $25.00 |  |
|  |  | 04-25-2011 | P2 | $3.90 |  |
|  |  | 04-25-2011 | I | $2.28 |  |
|  |  | 06-11-2012 | F | $170.00 |  |
|  |  | 09-05-2016 | I | $82.33 |  |
|  |  | 09-05-2016 | P2 | $61.13 |  |
|  |  | 09-04-2017 | I | $25.60 |  |
| Civil Penalty | 2012 | 11-23-2015 | P3 | $5,147.85 | $6,495.96 |
|  |  | 03-07-2016 | F | $196.00 |  |
|  |  | 09-05-2016 | I | $149.18 |  |
|  |  | 09-04-2017 | I | $223.34 |  |
| Civil Penalty | 2013 | 11-14-2016 | P3 | $2,488.37 | $2,952.30 |
|  |  | 09-4-2017 | I | $81.43 |  |
| TOTAL |  |  |  |  | $47,045.52 |

9. On the dates set forth below, a duly authorized delegate of the Secretary of the Treasury made assessments against Laith Elaimy, as responsible officer in charge of Niko's Gourmet, Inc., as set forth below.

| Type of Penalty | Tax Periods | Assessment Date | Assessment Amount[3] | Estimated Unpaid |
| --- | --- | --- | --- | --- |

---

[3] 6672 – Trust Fund Recovery Penalty, § 6672; F—fees and collection costs; P1—late return filing penalty, 26 U.S.C. §6651(a)(1); P2—failure to timely pay tax penalty,

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | | | | Balance as of March 31, 2020[4] |
|---|---|---|---|---|---|
| 6672 | Q1 2009 | 08-02-2010 | 6672 | $10,188.42 | $429.21 |
| | | 11-22-2010 | F | $170.00 | |
| | | 11-16-2015 | I | $1,835.93 | |
| | | 11-14-2016 | I | $422.80 | |
| | | 11-13-2017 | I | $485.43 | |
| | | 02-24-2020 | I | $239.15 | |
| | | 03-02-2020 | F | $82.00 | |
| 6672 | Q3 2009 | 08-02-2010 | 6672 | $9,532.68 | $336.11 |
| | | 11-16-2015 | I | $1,742.25 | |
| | | 11-14-2016 | I | $414.14 | |
| | | 11-13-2017 | I | $475.52 | |
| | | 11-25-2019 | I | $256.44 | |
| | | 02-10-2020 | I | $256.46 | |
| 6672 | Q4 2009 | 01-02-2012 | 6672 | $9,811.95 | $6,586.08 |
| | | 05-21-2012 | F | $170.00 | |
| | | 11-16-2015 | I | $1,227.04 | |
| | | 11-14-2016 | I | $411.74 | |
| | | 11-13-2017 | I | $472.73 | |
| 6672 | Q1 2010 | 01-02-2012 | 6672 | $5,870.60 | $8,022.21 |
| | | 11-16-2015 | I | $722.92 | |
| | | 11-14-2016 | I | $242.20 | |
| | | 11-13-2017 | I | $278.07 | |
| 6672 | Q2 2010 | 01-02-2012 | 6672 | $8,984.63 | $12,277.56 |
| | | 11-16-2015 | I | $1,106.41 | |
| | | 11-14-2016 | I | $370.67 | |
| | | 11-13-2017 | I | $425.58 | |
| 6672 | Q3 2010 | 01-02-2012 | 6672 | $7,934.42 | $10,842.44 |
| | | 11-16-2015 | I | $977.09 | |
| | | 11-14-2016 | I | $327.33 | |

26 U.S.C. §6651(a)(2) & (a)(3); P3—Late filing of W-2s, § 6721(e)(2)(A); P4 – Dishonored check penalty; P5 – Federal Tax Deposit Penalty; D—dishonored deposit; I—interest assessed, or reduced and removed previous interest credited; F—Fees and collection costs.

[4] Includes accrued balance, including both assessed and unassessed amounts and taking into account credits and payments.

Complaint
(Case No. 20-119)

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

| | | 11-13-2017 | I | $375.84 | |
|---|---|---|---|---|---|
| 6672 | Q4 2010 | 03-19-2012 | 6672 | $17,015.63 | $11,251.50 |
| | | 11-16-2015 | I | $1,975.16 | |
| | | 11-14-2016 | I | $697.58 | |
| | | 11-13-2017 | I | $800.91 | |
| 6672 | Q1 2011 | 01-02-2012 | 6672 | $4,134.42 | $5,649.72 |
| | | 11-16-2015 | I | $509.13 | |
| | | 11-14-2016 | I | $170.57 | |
| | | 11-13-2017 | I | $195.84 | |
| **TOTAL** | | | | | $55,394.83 |

10.     During the periods set forth in paragraph 9, above, Laith Elaimy was required to collect, truthfully account for, and pay over employment taxes on behalf of the employees of Niko's Gourmet, Inc.

11.     During the periods set forth in paragraph 9, above, Laith Elaimy was President of Niko's Gourmet, and a signatory on Niko's Gourmet's bank account.

12.     From the time Niko's Gourmet formed in 1989 until at least the time Laith Elaimy spoke with the IRS about the failure to pay Niko's Gourmet's employment taxes in January 2011, Laith Elaimy was the only person in Niko's Gourmet who:

   a.  determined financial policy for the business;

   b.  directed or authorized the payment of bills/creditors;

   c.   opened or closed bank accounts for the business;

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1        d.  guaranteed or co-signed loans;

2        e.  signed or counter-signed checks;

3        f.  authorized payroll;

4        g.  authorized or made Federal Tax Deposits;

5        h.  Prepared, reviewed, signed, or transmitted payroll tax

6            returns; or

7        i.  Hired or fired employees;

8      13.     During the periods set forth in paragraph 9, above, Laith

9  Elaimy willfully failed to collect or truthfully account for Niko's

10  Gourmet's Federal Employment Taxes.

11      14.     During the time the delinquent employment taxes

12  underlying the § 6672 assessments described in paragraph 9 arose,

13  Laith Elaimy authorized the payment of other creditors, on behalf of

14  Niko's Gourmet, rather than pay the outstanding tax liabilities.

15      15.     Laith Elaimy failed to pay in full the above tax liabilities

16  despite notice and demand for payment. Pursuant to 26 U.S.C. § 6321,

17  statutory liens arose against all property and rights to property owned

18  by Laith Elaimy at the time of the tax assessments.

19

20

Complaint
(Case No. 20-119)

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

16.     Despite timely notice and demand for payment of the assessments described above, Laith Elaimy has neglected or refused to make payment to the United States, and there remains due and owing on those assessments, together with accrued but unassessed statutory interest and other additions, the total amount of **$102,440.35** ($47,045.52 + $55,394.83) as of March 31, 2020, plus statutory interest and accruals after that date.

## COUNTY I: REDUCE TO JUDGMENT FEDERAL TAX AND PENALTY ASSESSMENTS AGAINST LAITH ELAIMY

17.     The United States reasserts the allegations made in paragraphs 1 through 16, above.

18.     On the dates, in the amounts, and for the tax periods set forth in paragraphs 8 and 9, above, a duly authorized delegate of the Secretary of the Treasury made assessments against Defendant Laith Elaimy for unpaid Form 941 FICA taxes, Form 940 FUTA taxes, § 6672 trust fund recovery penalties, and § 6721(e)(2) late W-2 filing penalties, along with other associated penalties and interest.

19.     Despite timely notice and demand for payment of the assessments described above, Laith Elaimy has neglected, refused, or failed to pay the assessments and there remains due and owing to the

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

1  United States on those assessments the amount of **$102,440.35**, as of

2  March 31, 2020, plus statutory interest and accruals after that date.

3      20.      Under 26 U.S.C. § 7402(a), the United States is entitled to a

4  judgment against Laith Elaimy for the unpaid balance of the assessed

5  amounts described above, plus statutory interest and any other

6  additions accruing to the date of payment.

7  WHEREFORE the United States prays as follows:

8      a. That judgment be entered against defendant Laith Elaimy for

9          unpaid taxes, penalties and interest, for Employer's Quarterly

10         Federal Tax (Form 941) taxes for Smokin' for Q4 2009, Q1 2010,

11         Q2 2010, Q3 2010, Q4 2010, Q3 2011, Q4 2011, Q2 2012, Q3 2013,

12         Federal Unemployment Tax Act taxes for Smokin' for 2009 and

13         2010, civil penalties under 26 U.S.C. § 6721(e)(2)(A) for failure to

14         file or late filing of W-3s; and Trust Fund Recovery Penalties

15         under 26 U.S.C. s 6672 for Q1 2009, Q3 2009, Q4 2009, Q1 2010,

16         Q2 2010, Q3 2010, Q4 2010, and Q1 2011, (in the total amount of

17         $102,440.35 as of March 31, 2020, plus statutory interest and

18         accruals after that date;

19

20

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395

1    b.  That the United States be granted such other relief as the court

2        deems just and proper, including fees and costs as allowed by law.

3   Dated this 25th day of March, 2020.

4                                RICHARD E. ZUCKERMAN
                                 Principal Deputy Assistant Attorney
5                                General

6                                */s/ Dylan Cerling*
                                 DYLAN C. CERLING
7                                Trial Attorney, Tax Division
                                 U.S. Department of Justice
8                                P.O. Box 683
                                 Washington, D.C.  20044
9                                202-616-3395 (v)
                                 202-307-0054 (f)
10                               Dylan.C.Cerling@usdoj.gov

11

12

13

14

15

16

17

18

19

20

Complaint
(Case No. 20-119)                12                **U.S. DEPARTMENT OF JUSTICE**
                                                   Tax Division, Western Region
                                                   P.O. Box 683
                                                   Washington, D.C.  20044
                                                   Telephone: 202-616-3395

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1   U.S. Government
Plaintiff

❏ 3   Federal Question
*(U.S. Government Not a Party)*

❏ 2   U.S. Government
Defendant

❏ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | | ❏ 864 SSID Title XVI | |
| | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

❏ 1   Original
Proceeding

❏ 2   Removed from
State Court

❏ 3   Remanded from
Appellate Court

❏ 4   Reinstated or
Reopened

❏ 5   Transferred from
Another District
*(specify)*

❏ 6   Multidistrict
Litigation -
Transfer

❏ 8   Multidistrict
Litigation -
Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

❏   CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:      ❏ Yes    ❏No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)    County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)    Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.    Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____
Date

_____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____
Date

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: