FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LAITH ELAIMY,<br><br>              Defendant. | No.   2:20-cv-00119-SMJ<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION FOR ENTRY OF JUDGMENT** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Entry of Judgment, ECF No. 28, and notice of settlement. Having carefully reviewed all relevant documents, the Court is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**   The parties' Stipulated Motion for Entry of Judgment, **ECF No. 28**, is **GRANTED**.

**2.**   The parties' [Proposed] Consent Judgment, **ECF No. 28-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**3.**     The parties' [Proposed] Consent Installment Payment Order, **ECF No. 28-2**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**4.**     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION FOR ENTRY OF JUDGMENT – 2